IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRYSTAL THOMAS,** *as administratrix* *of the estate of Louis Thomas,* <br> Plaintiff, <br><br> v. <br><br> **COUNTY OF CHESTER, POCOPSON HOME,** *et al.*, <br> Defendants. | : <br> : <br> : <br> : <br> : **CIVIL ACTION NO. 17-4737** <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 15th day of May 2018, upon consideration the Second Amended Complaint [Doc. No. 23], the Motion to Dismiss filed by Nadeem A. Paroya [Doc. No. 24], the Motion to Dismiss filed by County of Chester, Pocopson Home [Doc. No. 25], the Motion to Join filed by Nadeem A. Paroya, the responses and replies thereto, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** as follows:

1. The Motion for Join filed by Nadeem A. Paroya [Doc. No. 26] is **GRANTED**.

2. The Motion to Dismiss filed by Nadeem A. Paroya [Doc. No. 24] is **DENIED**.

3. The Motion to Dismiss filed by County of Chester, Pocopson Home [Doc. No. 25] is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** with respect to the claims in Counts III and IV of the Second Amended Complaint, and is otherwise **DENIED**. Counts III and IV are **DISMISSED WITH PREJUDICE**.

4. Defendants shall file an Answer to the Second Amended Complaint by **June 5, 2018**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**